**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**CIVIL ACTION NO. 3:12-CV-00113-FDW-DCK**

|  |  |
|---|---|
| Primo Products, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| Electrotemp Technologies China, Inc., | ) |
| Defendant. | ) |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Primo Products, LLC, who is the Plaintiff in the above-captioned matter, hereby makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is party a publicly held corporation or other publicly held entity?

    Yes ___          No _X_

2. Does party have any parent corporations?

    Yes _X_          No ___

    If yes, identify all parent corporations, including grandparent and great grandparent corporations: ___Parent - Primo Water Corporation___

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes _X_          No ___

If yes, identify all such owners:  Primo Water Corporation owns 100% of the membership interest in Primo Products, LLC.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Yes ___                               No  X 

   If yes, identify entity and nature of interest:  N/A

This the 22nd day of February, 2012.

        s/ Kiran H. Mehta
        Kiran H. Mehta
        NC State Bar No. 11011
        K&L Gates LLP
        Hearst Tower, 47th Floor
        214 North Tryon Street
        Charlotte, North Carolina  28202
        Telephone:  (704) 331-7437
        Facsimile:  (704) 331-3137
        Email:  kiran.mehta@klgates.com

        ***Attorneys for Plaintiff Primo Products, LLC***

OF COUNSEL:

K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202
Telephone:  (704) 331-7400

- 2 -
Case 3:12-cv-00113-FDW-DCK   Document 3   Filed 02/22/12   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the registered participants as follows:

>Edward B. Davis
>BELL, DAVIS & PITT, P.A.
>Email: ward.davis@belldavispitt.com
>
>***ATTORNEY FOR DEFENDANT***

This the 22nd day of February, 2012.

>s/ Kiran H. Mehta_____
>Kiran H. Mehta
>NC State Bar No. 11011
>K&L Gates LLP
>Hearst Tower, 47th Floor
>214 North Tryon Street
>Charlotte, North Carolina  28202
>Telephone:  (704) 331-7437
>Facsimile:  (704) 331-3137
>Email:  kiran.mehta@klgates.com
>
>*Attorneys for Plaintiff Primo Products, LLC*